```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 10900
   DONTAE WALLS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8918

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was not confirmed.

     The case was dismissed without confirmation 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------

IL STATE DISBURSEMENT UN  DSO ARREARS    NOT FILED           .00             .00
IL STATE DISBURSEMENT UN  UNSECURED      NOT FILED           .00             .00
CLARICE MCCLAIN           NOTICE ONLY    NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED        3215.00           .00             .00
CREDIT MANAGEMENT INC     UNSECURED      NOT FILED           .00             .00
CREDIT PROTECTION         UNSECURED      NOT FILED           .00             .00
HARRIS                    UNSECURED      NOT FILED           .00             .00
ILLINOIS COLLECTION SE    UNSECURED      NOT FILED           .00             .00
ILLINOIS COLLECTION SE    UNSECURED      NOT FILED           .00             .00
ILLINOIS COLLECTION SE    UNSECURED      NOT FILED           .00             .00
NATIONWIDE CREDIT CO      UNSECURED      NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS IN  UNSECURED      NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS IN  UNSECURED      NOT FILED           .00             .00
NCO FINANCIAL SYSTEM      UNSECURED      NOT FILED           .00             .00
NCO FINANCIAL SYSTEM      UNSECURED      NOT FILED           .00             .00
NICOR GAS                 UNSECURED      NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1519.22           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED      NOT FILED           .00             .00
LVNV FUNDING              UNSECURED        1159.90           .00             .00
RMI/MCSI                  UNSECURED         250.00           .00             .00
UNITED COLLECTION BUREAU  UNSECURED      NOT FILED           .00             .00
UNITED COLLECTION BUREAU  UNSECURED      NOT FILED           .00             .00
GMAC                      UNSECURED       12694.85           .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 10900 DONTAE WALLS
```

```
UNSECURED                                                                  .00
ADMINISTRATIVE                                                             .00
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                    ---------------        ---------------
TOTALS                                          .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 11/19/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```